Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KEESE MILFORD, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

LOUIS BOGOPULSKY, INC., Appellant, v. EDDINGTON FABRICS CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

MAX REIBEISEN, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *post*, p. 878.]

JEAN M. SMITH, Respondent, v. EARL BROWN, Appellant.— Order, so far as appealed from, unanimously modified so as to permit the defendant to replead paragraphs 26 and 27 of his answer in mitigation of compensatory and punitive damages, and as so modified affirmed, without costs. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

DAVID M. DORIN, Respondent, v. EARL BROWN, Appellant.— Order, so far as appealed from, unanimously modified so as to permit defendant to replead paragraphs 26 and 27 of his answer in mitigation of compensatory and punitive damages, and as so modified affirmed, without costs. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

JEAN M. SMITH, Respondent, v. EARL BROWN, Defendant and Third Party Plaintiff-Appellant. RODERICK STEPHENS, Third Party Defendant-Respondent. — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

DAVID M. DORIN, Respondent, v. EARL BROWN, Defendant and Third Party Plaintiff-Appellant. RODERICK STEPHENS, Third Party Defendant-Respondent. — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

JEAN M. SMITH, Respondent, v. POWELL-SAVORY CORPORATION et al., Defendants. EARL BROWN, Third Party Plaintiff-Appellant, v. RODERICK STEPHENS, Third Party Defendant-Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

GERTY T. CORI, Respondent, v. PAUL SONNENSCHEIN, Defendant, and J. SONNENSCHEIN HOP CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

ISRAEL A. BRUNSTEIN, Respondent, v. RENATO J. ALMANSI, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

LIDA T. THOMAS, as Administratrix of the Estate of CHARLES N. THOMAS, Deceased, Respondent, v. LOWELL BIRRELL et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.